UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MELISSA RISHEL,<br><br>Plaintiff,<br><br>v.<br><br>CLARITY ACNE & AESTHETICS, LLC,<br><br>Defendant. | Civil No. 2:26cv145 |

**FINAL ORDER**

Pending before the Court is a Motion to Remand (the "Motion") (ECF No. 6) and a Memorandum in Support thereof (ECF No. 7) filed by Plaintiff Melissa Rishel ("Plaintiff"). Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and Eastern District of Virginia Local Civil Rule 72, and by order of reference dated May 4, 2026, the Motion was referred to United States Magistrate Judge Lawrence R. Leonard ("Judge Leonard") for a report and recommendation ("R&R"). Order, ECF No. 12. On July 9, 2026, Judge Leonard filed an R&R wherein he recommended that the Motion be granted. R&R, ECF No. 13.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by Judge Leonard within 14 days. *Id.* at 10-11. The Court received Defendant's Objections to the Report and Recommendations of United States Magistrate Judge (ECF No. 14), Defendant's

accompanying memorandum in support (ECF No. 15), Plaintiff's Response thereto (ECF No. 16), and Defendant's Reply (Mot. Ex. 1, ECF No.18-1).[1] The Motion is therefore ripe for adjudication.

When a magistrate judge's disposition has been properly objected to, the district judge must make *de novo* findings with respect to the portions objected to. Fed. R. Civ. P. 72(b)(3). The Court has reviewed the record and examined the objections filed by Plaintiff, and, upon *de novo* review, finds that the objections should be overruled.[2] For the reasons already articulated by Judge Leonard, the Court agrees that Plaintiff's Amended Complaint does not present a federal question. As such, there is no basis for the Court to exercise federal jurisdiction and a remand to state court is required. *See* R&R at 3-10, ECF No. 13.

Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The R&R (ECF No. 13) is **ACCEPTED** and **ADOPTED**.
2. Plaintiff's Motion (ECF No. 6) is **GRANTED**.

---

[1] On August 14, 2026, Defendant filed a Motion for Leave to File Reply Memorandum. Mot., ECF No. 18. On August 17, 2026, Plaintiff filed a Memorandum in Opposition to Defendant's request to file a Reply. Mem. Opp'n, ECF No. 20. On August 19, 2026, Defendant filed a Reply to Plaintiff's Opposition. Reply, ECF No. 22. The Court **GRANTS** Defendant's Motion for Leave to File Reply Memorandum (ECF No. 18) and considers the arguments raised therein to the extent relevant.

[2] Plaintiff argues that because Defendant "has not objected to the analysis of the federal question *as actually framed* in the [R&R]," the R&R should be reviewed for clear error. Resp. at 4, ECF No. 16 (emphasis in original). The Court disagrees. Clear error review is appropriate "when a party makes general and conclusory objections that do not direct the court to a specific error." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); *see also Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). Defendant made a specific objection to Judge Leonard's R&R when it averred that the R&R "misidentified the applicable federal question." Mem. Supp. at 5, ECF No. 15.

3. It is hereby **ORDERED** that above-captioned case is **REMANDED** to the Circuit Court for the City of Suffolk.

The parties are **ADVISED** that an appeal from this Final Order may be commenced by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. This written notice must be received by the Clerk within sixty days from the date of this Final Order.

The Clerk is **DIRECTED** to please provide a copy of this Order to all counsel of record and to the Clerk of the Circuit Court for the City of Suffolk.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

August 20, 2026
Norfolk, Virginia